

# The Attorney General

## of Texas

### Austin 11, Texas

**WILL WILSON**
**ATTORNEY GENERAL**

January 18, 1962

Honorable Price Daniel
Governor of Texas
Capitol Station
Austin, Texas

Dear Governor Daniel:

Opinion No. WW-1244

Re: Authority of the Legis-
lature to appropriate
State Building Commis-
sion Funds to renovate,
equip and repair the ex-
terior of the San Jacinto
Memorial Tower and Museum
Building.

Your request for opinion on the above subject matter
reads as follows:

"As you know, the San Jacinto Memorial
Tower and Museum Building is badly in need of
construction work to protect the valuable re-
cords and exhibits housed in this building and
to protect from injury those who work and visit
in the building. A dangerous amount of flaking
has been occurring between the joints of the
masonry work for several years, and so much
additional damage was caused by Hurricane Carla
that the building is now leaking water into the
museum and record rooms. It has caused the
museum to be closed to the public.

"I have recommended to the Legislature an
emergency appropriation of $156,000 from the State
Building Commission Fund to renovate, equip and
repair the exterior and interior of the building,
and the Fund has this much unappropriated money
available.

"The question has been raised as to whether
this structure is a 'building' within the meaning
of the Texas Constitution, Sec. 51-b, Article 3,
which authorizes the use of the Fund to 'modernize,
remodel, build and equip buildings for State pur-
poses.' Of course, it is often referred to as a
monument, but actually the San Jacinto Memorial
Tower is a building in the opinion of this office,

the State Board of Control and the staff of
the State Building Commission.

"Also, you will note that the original
resolution of the Texas Legislature, dated
April 17, 1939, Chapter 16, Acts of the 46th.
Legislature, Regular Session, makes reference
to the 'San Jacinto Memorial Tower' as a
'building' seven times, and in subsequent re-
solutions and contracts under these resolu-
tions, the structure is referred to as a
'building' at least 210 times.  I attach a
memorandum from the State Board of Control
showing the actual usable floor space within
the building, from which you will note that
much of the interior of the shaft is used for
housing,  storage, etc.

"Since this matter is now pending in
committees of both Houses, I would appreciate
your earliest possible advice as to whether
the San Jacinto Memorial Tower and Museum
Building comes within the provisions of the
Texas Constitution, for the purposes of State
Building Commission funds being appropriated
by the Legislature to do the necessary con-
struction work above mentioned."

According to the memorandum attached to your request
the structure contains 34,205 square feet of floor space and is
constructed in such manner as to contain a basement floor, en-
trance floor, second floor, third floor, fourth floor, souvenir
floor, observation floor and elevator machine floor.

The pertinent provision of Section 51-b of Article
III of the Constitution of Texas reads as follows:

".  .  . The State Building Fund shall
be expended by the Commission upon appropria-
tion by the Legislature for the uses and pur-
poses set forth in subdivision (c) hereof.

"(c)  Under such terms and conditions
as are now or may be hereafter provided by
law, the Commission may acquire necessary
real and personal property, salvage and dis-
pose of property unsuitable for State pur-
poses, and negotiate and make contracts

necessary to carry out and effectuate the
purposes herein mentioned."

Section 3 of Article 678m, Vernon's Civil Statutes,
provides:

"Sec. 3.   The Commission shall have the
authority to promulgate such rules and regu-
lations as it deems proper for the effective
administration of this Act.  Under such terms
and conditions as may be provided by law, the
Commission may acquire necessary real and per-
sonal property, modernize, remodel, build and
equip buildings for State purposes, and make
contracts necessary to carry out and effectuate
the purposes herein mentioned in keeping with
appropriations authorized by the Legislature.
Provided, however, that the Commission shall
not sell or dispose of any real property of
the State, except by specific authority from
the Legislature."

Section 24 of Article 678m, Vernon's Civil Statutes,
provides:

"Sec. 24.   The State Building Commission
may, in its discretion, provide for the storage
and display of the archives of Texas."

It is our opinion that the structure involved in
your request constitutes a building for State purposes with-
in the meaning of subdivision (c) of Section 51-b, Article
III of the Constitution of Texas and Section 3 of Article 678m,
for the reason that such structure is built in a manner to
house valuable records and exhibits constituting archives of
Texas.  The structure contains numerous floors and approxi-
mately 34,000 square feet of floor space.

In view of the foregoing you are advised that sub-
division (c) of Section 51-b of Article III of the Constitu-
tion of Texas and Sections 3 and 24 of Article 678m, Vernon's
Civil Statutes, above quoted, constitutes pre-existing law for
the appropriation outlined in your request.

## S U M M A R Y

The Legislature is authorized to appropriate State Building Commission Funds to renovate, equip and repair the exterior and interior of the San Jacinto Memorial Tower and Museum Building.

Yours very truly,

WILL WILSON
Attorney General of Texas

By *John Reeves*
John Reeves
Assistant Attorney General

JR:lg:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Howard Mays
Bob Eric Shannon
Joseph Trimble

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.